UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No. 13-434 (FLW) |
| ALTON POWELL | : |
| | : **ORDER MODIFYING** |
| | : **CONDITIONS OF RELEASE** |

Upon application of Michael C. Dawson, Esq., counsel for Alton Powell, seeking modification of the conditions of release imposed upon Defendant Powell on July 10, 2013, to permit Defendant to travel to attend the funeral services of his aunt, Renee Newby, and the United States (Assistant United States Attorney R. Joseph Gribko, Esq.) and Pretrial Services having consented to the request and for good cause shown,

IT IS on this 21st day of October, 2014,

ORDERED that the conditions of release are modified to permit Defendant Powell to travel on October 22, 2014 to Rockville, MD and Wheaton, MD to attend the funeral and repast for his aunt, Renee Newby.

IT IS FURTHER ORDERED that Defendant may leave his residence on October 22, 2014 at 7:00 a.m. and return no later than 8:00 p.m.

ADDITIONALLY, Defendant is to report to Pretrial Services on October 22, 2014 by telephone if so instructed.

_____
TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE